108 A.3d 27

Robert YOUNG, Petitioner

v.

COURT OF COMMON PLEAS PHILADELPHIA
COUNTY, et al., Respondents.

No. 167 EM 2014.

Supreme Court of Pennsylvania.

Jan. 6, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 6th day of January, 2015, the Application for Leave to File Original Process and the Petition for Writ of Habeas Corpus are **DISMISSED.** *See Commonwealth v. Ali,* 608 Pa. 71, 10 A.3d 282, 293 (2010) (hybrid representation

improper). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.